UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No.  2:14-CV-0809 KJM KJN |
| Plaintiff, | |
| v. | ORDER |
| HITENDRA PATEL, et al., | |
| Defendants. | |

On August 5, 2014, the parties submitted a Joint Status Report.  In the report, as well as a stipulation filed by the defendants on August 8, 2014, defendants state "all work has been or will be completed to make the hotel ADA compliant."  Defendants state the accessible parking space, shower lip and lobby counter are now ADA compliant, and a new shower handle that pulls forward and backward will be installed.

Defendants shall file with the court within fourteen days the progress on the installation of the shower handle and the estimated time of completion.  If defendants represent that all work has been completed, plaintiff is instructed to inform this court why this case should not be dismissed.  *See Parr v. L&L Drive-Inn Rest.*, 96 F. Supp. 2d 1065, 1087 (D. Haw. 2000) ("[t]he claims that have been remediated are no longer in dispute and are therefore moot"); *Indep. Living Res. v. Or. Arena Corp.*, 982 F. Supp. 698, 771 (D. Or. 1997) (if "challenged conditions have been remedied, then these particular claims are moot absent any basis for concluding that

1

[the] plaintiff[ ] will again be subjected to the same wrongful conduct by [the] defendant*")*, *overruled on other grounds, Miller v. California Speedway Corp.*, 536 F.3d 1020 (9th Cir. 2008).

IT IS SO ORDERED.

DATED: September 2, 2014.

_____
UNITED STATES DISTRICT JUDGE