UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:14-cv-0809 KJM KJN |
| Plaintiff, | |
| v. | ORDER |
| HITENDRA PATEL, et al., | |
| Defendant. | |

On September 3, 2014, the court directed defendants to file a report on the progress of their efforts to bring the property into ADA compliance within fourteen days of the date of this order. Defendants have not complied with the order.

IT IS THEREFORE ORDERED that:

1. Defendants' progress report is due within seven days of the date of this order; and

2. Defendants are directed to show cause within seven days of the date of this order why they should not be subject to sanctions for their failure to comply with the court's order.

DATED: September 26, 2014.

_____
UNITED STATES DISTRICT JUDGE

1